Appeal No.    2020AP975

**Cir. Ct. No.  2017CV42**

# STATE OF WISCONSIN

# IN COURT OF APPEALS
# DISTRICT IV

LISA A. RIEGLEMAN REVOCABLE TRUST,

    PLAINTIFF-APPELLANT,

  V.

MICHAEL EDER, BARBARA EDER, JOHN A. ROTHSTEIN,

JENNIFER ROTHSTEIN, SHARON F. ZACHOWSKI
REVOCABLE TRUST,

JEROME A. LIPPERT AND DONNA R. LIPPERT,

    RESPONDENTS-RESPONDENTS.

FILED

Nov. 12, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Stacy A. Smith
Electronic Notice

Lori Lowe
Clerk of Circuit Court
Juneau County Justice Center
Electronic Notice

Trace P. Hummel
Electronic Notice

John A. Rothstein
Electronic Notice

Steven R. Sorenson
Electronic Notice

Barbara Eder
Michael Eder
W6521 39th Street
New Lisbon, WI 53950

Donna R. Lippert
Jerome A. Lippert
W6467 39th Street
New Lisbon, WI 53950

Jennifer Rothstein
John A. Rothstein
217 E. Chowning Square
Mequon, WI 53092

Sharon F. Zachowski Revocable Trust
1942 Fair Lane
Greenleaf, WI 54126

PLEASE TAKE NOTICE that a correction was made to the heading in section II.C. on page 10 in the above-captioned opinion which was released on November 11, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.